Acknowledging Joint Stipulation of Dismissal at [44]. This case is dismissed with prejudice.
Dated: 2/4/2020
Richard L. Young

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**JASON ARMSTRONG,**

Plaintiff,

v.

**KAHLO CHRYSLER JEEP DODGE RAM, INC., CHRYSLER GROUP, LLC,**

Defendant.

Case No.1:20-cv-03171-RLY-DML

**JOINT STIPULATION OF DISMISSAL**

Plaintiff and Defendant, parties to this action, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

*/s/ Amber K. Boyd*
Amber K. Boyd
Amber Boyd Law
8510 Evergreen Ave.
Indianapolis, Indiana 46240
Telephone: (317) 210-3416
Facsimile: (317) 210-3416
Telephone: (317) 388-5424
Facsimile: (317) 947-1863
Email: amber@amberboydlaw.com

*/s/ Peter T. Tschanz*
Brian L. Mosby, #26096-29
Peter T. Tschanz, #29520-49
LITTLER MENDELSON, P.C.
A Professional Corporation
111 Monument Circle, Suite 702